No. 97–1933.  IN RE BANK OF SAIPAN, EXECUTOR OF THE ESTATE OF HILLBLOM;
No. 97–8930.  IN RE CAMPBELL;
No. 97–9233.  IN RE SALEEM;
No. 97–9341.  IN RE DEVLIN;
No. 97–9644.  IN RE CAMP;
No. 97–9645.  IN RE CAMP;
No. 98–17.  IN RE VEY;
No. 98–42.  IN RE WOOTEN;
No. 98–76.  IN RE DORNFRIED; and
No. 98–242.  IN RE LAUSLEGA.  Petitions for writs of mandamus and/or prohibition denied.

No. 98–330.  IN RE ATKINSON.  Petition for writ of prohibition denied.

No. 97–1754.  IMMIGRATION AND NATURALIZATION SERVICE *v.* AGUIRRE-AGUIRRE.  C. A. 9th Cir.  Certiorari granted.  ██